MARCH 11, 1957.

No. 122. MITCHELL, SECRETARY OF LABOR, *v.* BEKINS VAN & STORAGE CO.

Argued February 26–27, 1957. Decided March 11, 1957. *Per Curiam:* The judgment is reversed. Respondent's five physically separate warehouses do not constitute a single "retail establishment" within the meaning of the exemption provided by § 13 (a)(2) of the Fair Labor Standards Act, 52 Stat. 1067, as amended, 63 Stat. 917, 29 U. S. C. § 213 (a)(2). *Phillips, Inc., v. Walling,* 324 U. S. 490; see 95 Cong. Rec. 12579. MR. JUSTICE BURTON and MR. JUSTICE HARLAN, believing that the decision of the Court of Appeals was based upon proper standards and sufficient evidence, would affirm the judgment. *Bessie Margolin* argued the cause for petitioner. With her on the brief were *Solicitor General Rankin, Stuart Rothman* and *Eugene R. Jackson. William French Smith* argued the cause for respondent. With him on the brief was *Homer D. Crotty.*

No. 371. LASKY ET VIR *v.* COMMISSIONER OF INTERNAL REVENUE.

Argued March 7, 1957. Decided March 11, 1957. *Per Curiam:* The judgment is affirmed. *R. Simpson & Co. v. Commissioner,* 321 U. S. 225; *Helvering v. Northern Coal Co.,* 293 U. S. 191. MR. JUSTICE DOUGLAS dissents. *Robert Ash* argued the cause for petitioners. With him on the brief was *Carl F. Bauersfeld. Philip Elman* argued the cause for respondent. On the brief were *Solicitor General Rankin, Assistant Attorney General Rice, Leonard B. Sand* and *I. Henry Kutz.*